UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DOCKET NO. ________

EMMY DELI GROCERY CORP.,
Plaintiff(s),
-against-

UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF AGRICULTURE,
Defendant(s)
----------------------------------------------------------------X

**COMPLAINT**

**THE PLAINTIFF, EMMY DELI GROCERY CORP.**, by their attorneys**,** Benjamin Sharav and Victor J. Molina, as and for its Complaint herein, allege the following:

**SUMMARY OF CLAIMS**

1. This action seeks a de novo judicial review challenging the disqualification from the Food Stamps Program by the United States Department of Agriculture. See Ai Hoa Supermarket, Inc. v. United States, 657 F. Supp. 1207, 1208 (S.D.N.Y. 1987); see also 7 C.F.R. § 279.7(a) and a stay of disqualification pending resolution of this matter. The Order for which review is denoted "Final Agency Decision" and was dated October 26, 2026, and delivered after that date, by the U.S.D.A., Food and Nutrition Service Administrative Review Branch in Alexandria, Virginia, **Case Number: C0302004**, captioned EMMY DELI GROCERY CORP., Appellant, v. FNS Retailer Operations Division, Respondent, and delivered after that date.

2. A retail food store disqualified or fined under the Food Stamp Act may bring an action for judicial review challenging the penalty by filing a complaint against the United States in federal district court within 30 days of receipt of the decision. See 7 C.F.R. § 279.7(a). The 30-day period runs through November 26, 2026.

3. The district court shall determine the validity of the penalty in a trial *de novo*. See 7 C.F.R. § 279.7(c).

**JURISDICTION AND VENUE**

4. This action arises under 7 C.F.R. § 279.7.

5. This court has original jurisdiction over this action under 7 C.F.R. § 279.7(a). Venue is properly established in the Southern District of New York pursuant to 7 C.F.R. § 279.7(a) as an aggrieved party may obtain judicial review of a determination by filing a complaint against the United States in the U.S. district court for the district in which the owner resides or is engaged in business. Here, both EMMY DELI GROCERY CORP. and Elvis R Ostoria are residents within the jurisdiction of the U.S. Southern District of New York.

**PARTIES**

6. Plaintiff EMMY DELI GROCERY CORP. is a New York corporation with principal place of business 51 Horton Avenue, New Rochelle, NY 10801. The United States allows suits against the United States in the U.S. district court for the district in which the owner resides or is engaged in business under 7 C.F.R. § 279.7(a).

**FACTUAL BACKGROUND**

7. Elvis R Ostoria is the sole officer and president of the corporation, EMMY DELI GROCERY CORP. As president and chief corporate officer Elvis R Ostoria is fully vested with the actual powers to bind the company in this action.

8. EMMY DELI GROCERY CORP. denies the allegations raised by the United States Department of Agriculture, against the retailer. The chronology of events pertaining to the U.S.D.A.'s administrative action against the retailer are not in dispute. The U.S.D.A. Food and Nutrition Service, Field Office, issued a Charging Letter dated September 23, 2025,

whereby the Department charged EMMY DELI GROCERY CORP. with misuse of SNAP benefits in violation of 7 C.F.R. 278.2(a) of the Supplemental Nutrition Assistance Program ("SNAP") regulations.

9. It is important to note that the agency did not charge the defendants with trafficking in violation of 7 C.F.R. 278.6(e)(1).

10. Elvis R Ostoria and EMMY DELI GROCERY CORP. promptly denied the allegations raised and applied for a hardship civil money penalty (CMP), in lieu of any suspension or disqualification, pursuant to Section 278.6(f)(1) of the Regulations in a correspondence sent on or about September 30, 2025, to the U.S.D.A. Field Office.

11. Attached to the letter were records of SNAP training sessions attended by employees. FNS Retailer Operations Division acknowledged receipt of Plaintiff's Reply.

12. In a letter dated December 11, 2025, the FNS notified Plaintiff that it had determined that violations had occurred at the establishment, and that a six-month period of disqualification from participating in SNAP was warranted.

13. By email dated December 22, 2025, Appellant, through its representative, requested an administrative review of the Retailer Operations Division's determination.

14. The Disqualification letter also stated that Plaintiff was ineligible for a hardship CMP.

15. In a decision denoted "Final Agency Decision," dated October 26, 2026, and delivered after that date, the U.S.D.A., Food and Nutrition Service Administrative Review Branch in Alexandria, Virginia, sustained the decision of the Field Office imposing a six-month disqualification of EMMY DELI GROCERY CORP. from participating in the SNAP Program. EMMY DELI GROCERY CORP. has exhausted its administrative appeals and now seeks a de novo judicial review challenging the disqualification from the Food Stamps Program by the United States Department of Agriculture.

19. The complaint must be filed within 30 days after the date of delivery or service upon the firm of the notice of determination of the designated reviewer in accordance 7 C.F.R. § 279.7(a). The 30-day period runs through November 26, 2026.

**THE DECISION IS BASED ON ERRONEOUS FINDINGS**

**AND AN ABSENCE OF FACTS**

20. The Final Agency Decision states that "Retailer Operations Division charged the Appellant firm with accepting SNAP benefits in exchange for merchandise which included common ineligible non-food items in violation of 7 CFR § 278.2(a)."

21. The reports cited in the Decision are deficient in that they fail to clearly establish that any ineligible items were sold in exchange for SNAP benefits. There were three instances in which investigators from the FNS Department visited the store as part of their undercover "sting" operation. FNS alleges that in one of those visits there were violations warrant a disqualification period of 6 months. The Department provides a "Report of Positive Investigation" from an "Investigator" whose name is redacted. Not only is the investigator's identity redacted, but the Report does not show evidence of any signature.

22. The investigator acknowledges that he attempted to obtain cash from the store in exchange for SNAP benefits, but he was rebuffed by the store clerk.

23. FNS also redacted the name of the investigator and even the time of day when the purchases were made, making it difficult for the respondent (the plaintiff herein) to track down the transactions for his response.

24. Plaintiff respectfully submits that that raised questions about the accuracy of the investigation and the report. The U.S.D.A. is the party with access to the E.B.T. records and the U.S.D.A. certainly could have provided evidence of the amount—if any—that plaintiff allegedly charged for these ineligible items. The absence of an indication of the price paid leaves it completely unclear whether the item was charged to the E.B.T. account at all.

25. EMMY DELI GROCERY CORP. has exhausted its administrative appeals and now seeks a de novo judicial review challenging the disqualification from the Food Stamps Program by the United States Department of Agriculture.

26. The complaint must be filed within 30 days after the date of delivery or service upon the firm of the notice of determination of the designated reviewer in accordance 7 C.F.R. § 279.7(a). This complaint and Order to Show Cause are filed within that deadline.

***WHEREFORE***, the plaintiffs request that the Court grant the following relief:

1. That the Court stay the disqualification of Plaintiffs from the SNAP program pending a hearing on this matter.

2. That the Court grant a de novo judicial review challenging the disqualification of Plaintiffs from the SNAP Program by the United States Department of Agriculture as under the Food Stamp Act, the validity of the administrative decision is reviewed de novo (7 C.F.R.§ 279.7(c); see also Ai Hoa Supermarket, Inc. v. United States, 657 F. Supp. 1207, 1208 (S.D.N.Y. 1987).

3. Grant such and other relief as the Court may deem proper.

Dated: New York, New York
November 23, 2026

Benjamin Sharav
BS-8536
Law Office of VICTOR J. MOLINA
VJM-1741
Attorney for Plaintiffs
930 Grand Concourse, Ste. 1A
Bronx, NY 10451
Tel.: (718) 401-1600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ 3 DOCKET NO. __________

Emmy Deli Grocery Corp,

Plaintiffs,

-against-

UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF AGRICULTURE,

Defendant(s)

------------------------------------------------------------------X

**VERIFICATION**

STATE OF NEW YORK }
}SS:
COUNTY OF BRONX }

ELVIS R OSTORIA, being duly sworn, deposes and states:

1. I am the PPRESIDENT OF Emmy Deli Grocery Corp, the entity plaintiff, in this action.

2. I have read the within complaint and prepared by my attorney and know the contents thereof.

3. The contents are true to my knowledge, except as to those matters therein stated be on information and belief, and as to those matters, I believe them to be true.

Dated: WESTCHESTER, NY 11/10/26, N.Y.

______________, 2026

Emmy Deli Grocery Corp,
by ELVIS R OSTORIA, PRESIDENT

Subscribed and sworn to before me on

11 10, 2026

NOTARY PUBLIC

JEANNETTE ORTIZ
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Westchester County
01OR6301519
COMMISSION EXPIRES 10/13/2028

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISRTICT OF NEW YORK

| | |
|---|---|
| ---------------------------------------------------------X<br>EMMY DELI GROCERY CORP.,<br>Plaintiff(s),<br>-against-<br><br>UNITED STATES OF AMERICA,<br>Defendant<br>---------------------------------------------------------X | DOCKET NO. __________<br><br>**COMPLAINT** |

Benjamin Sharav
Law Office of VICTOR J. MOLINA
VJM-1741
Attorney for Plaintiffs
930 Grand Concourse, Ste. 1A
Bronx, NY 10451
Tel.: (718) 401-1600

| | | | |
|---|---|---|---|
| To: | United States of America<br>c/o Attorney General, U.S.<br>Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington DC 20530 | | United States Department of Agriculture<br>Food and Nutrition Service<br>Administrative Review Branch<br>1320 Braddock Place<br>Alexandria, VA 22314 |